DECEMBER 10, 1998

No. A–436 (98–7001). FAULDER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.

DECEMBER 11, 1998

No. 98–767. PINEHURST NATIONAL CORP. ET AL. v. RESORTS OF PINEHURST, INC. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.

No. A–475. TRUESDALE v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 98–7236 (A–474). TRUESDALE v. BEASLEY, GOVERNOR OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 14, 1998

No. D–1996. IN RE DISBARMENT OF BRAXTON. Disbarment entered. [For earlier order herein, see *ante*, p. 926.]

No. D–1998. IN RE DISBARMENT OF TORPY. Disbarment entered. [For earlier order herein, see *ante*, p. 926.]